IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

CHRISTOPHER FRANCIS SCHUBERT        §

VS.                                 §                    CIVIL ACTION NO. 1:24cv14

EXECUTIVE DIRECTOR BRIAN COLLIER,  §
ET AL.

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Christopher Francis Schubert, an inmate confined in the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding with counsel, brought the above-styled lawsuit.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends denying Plaintiff's Motion for Leave to File Amended or Supplemental Complaint [Dkt. 12] and Corrected Motion for Leave to File Amended or Supplemental Complaint [Dkt. 13].

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge have been filed.

<u>O R D E R</u>

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the Report and Recommendation of Magistrate Judge is ADOPTED.  It is

ORDERED that Plaintiff's Motion for Leave to File Amended or Supplemental Complaint [Dkt. 12] and Corrected Motion for Leave to File Amended or Supplemental Complaint [Dkt. 13] are DENIED.

**SIGNED this 10th day of March, 2026.**

Michael J. Truncale
United States District Judge